PROB 12C
(SD/FL 3/05)

SD/FL PACTS No. 99570

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:09-60073-CR-DIMITROULEAS-001**

## PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender: David Jeffries Goodman

Name of Sentencing Judicial Officer: The Honorable William P. Dimitrouleas, United States District Judge, Fort Lauderdale, Florida

Date of Original Sentence: November 9, 2009

Original Offense: Possession of child pornography, 18 U.S.C. 2252(a)(4)(B), a Class C felony

Original Sentence: Sixty (60) months custody of the United States Bureau of Prisons, followed by a term of five (5) years supervised release. Special conditions: 1) Adam Walsh Act search condition; 2) computer activity recordkeeping requirement; 3) computer modem restriction; 4) computer possession restriction; 5) data encryption restriction; 6) employer computer restriction disclosure; 7) no contact with minors in employment; 8) no involvement in youth organizations; no unsupervised contact with minors; 9) offense related computer restriction; 10) permissible computer examination; 11) permissible search; 12) self-employment restriction; and 13) sex offender treatment. The Court further ordered restitution in the amount of $1,000 and a $100 special assessment, at the time of sentencing.

Type of Supervision: Supervised Release Date Supervision Commenced: March 14, 2014

**Assistant U.S. Attorney:**
Maria Meditis
99 NE 4th Street
Miami, FL 33132
305.961.9010
305.530.70877 Fax

**Defense Attorney:**
David B. Rothman
200 S. Biscayne Boulevard
Suite 2770
Miami, FL 33131
305.358.9000
305.374.5747 Fax

---

**PETITIONING THE COURT**

☒ No Action
☐ To issue a warrant
☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

PROB 12C
(SD/FL 3/05)

SD/FL PACTS No. 99570

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Mandatory Condition,** by unlawfully possessing or using a controlled substance. On January 17, 2017, the defendant submitted a urine specimen, which subsequently tested positive for cocaine. |

United States Probation Officer Recommendation:

The term of supervision should be

- ☐ revoked.
- ☐ extended for ______ years, for a total term of ______ years.
- ☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct

Executed on February 7, 2017

Ralph J. Hughes
2017.02.08 09:58:44
-05'00'

Ralph Hughes
United States Probation Officer
Office: 954.769.5573
Mobile: 786.269.1746
Email: ralph_hughes@flsp.uscourts.gov

BB

---

THE COURT ORDERS:

- ☐ No Action
- ☒ The Issuance of a Warrant
- ☐ The Issuance of a Summons
- ☐ Submit a Request for Modifying the Conditions or Term of Supervision

William P. Dimitrouleas
Signature of Judicial Officer

February 10, 2017
Date